| STATE OF LOUISIANA | * | NO. 2019-KA-0606 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| C.A. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**LOBRANO, J., CONCURS IN PART AND DISSENTS IN PART WITH REASONS TO FOLLOW**